# In the United States Court of Federal Claims

No. 05-853C
(Filed October 4, 2005)

* * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| CULPEPER APARTMENTS ASSOCIATES, a Limited Partnership, | * |
| *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant.* | * |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 30, 2005, the parties filed a Joint Motion for a Stay of Proceedings in this matter while certain related cases remain in the Court's Alternative Dispute Resolution (ADR) Pilot Program. For good cause shown, it is hereby **ORDERED** that:

(1) The parties' Joint Motion for a Stay is **GRANTED** and the Clerk's office is directed to **STAY** proceedings in the subject matter until fourteen days after the conclusion of ADR; and

(2) The parties shall **FILE** a **Joint Status Report** on or before **November 18, 2005** and every ninety-day interval, therefore, informing the trial judge of the status of ADR proceedings.

s/Lynn J. Bush
LYNN J. BUSH
Judge

cc:
ADR Judge Marian Blank Horn